Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

\_\_\_\_\_Fort Myers\_\_\_\_\_ Division

Kryliouk Olga

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Anania Giorgio
Aledia, Inc

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 2:22-CV-171-JES-MRM
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

FILED 2022 MAR 17 AM 10: 17 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS FLORIDA

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Olga Kryliouk |
   | Street Address | 8377 Sumner Ave |
   | City and County | Fort Myers |
   | State and Zip Code | FL, 33908 |
   | Telephone Number | 408-507-2134 |
   | E-mail Address | olgakryliouk@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Giorgio Anania |
| Job or Title *(if known)* | CEO, Aledia Inc |
| Street Address | 495 N. Whisman Rd, Suite 100 |
| City and County | Mountain View |
| State and Zip Code | California 94304 |
| Telephone Number | +33 6 26 69 40 07 |
| E-mail Address *(if known)* | giorgio.anania@aledia.com |

Defendant No. 2

| | |
|---|---|
| Name | Aledia |
| Job or Title *(if known)* | |
| Street Address | 10 Rue des Meridiens, Paek Sud Galaxie |
| City and County | Echiroles |
| State and Zip Code | France |
| Telephone Number | +33 4 28 70 73 09 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Aledia SAS |
| Street Address | 10 Rue des Meridiens, Park Sud Galaxie |
| City and County | Echiroles |
| State and Zip Code | France 38130 |
| Telephone Number | +33 4 28 70 73 09 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✔] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✔] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
02/16/2021

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☑ national origin _____
- ☑ age *(year of birth)* 1955 *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

- Aledia discriminates against me as a US foreign worker as during the 11+ years of Aledia's history, no one from French's employees were terminated there. French employees are very well protected by French employment law. I'm Ukrainian native, and US citizen, I'm living permanently in US since 1995
It was clearly an age related discrimination, I was 66 at the time of termination of my contract
- My contract was terminated in retaliation for the matter that I exposed Aledia's fraudulent actions. I know with the highest degree of certainty based on the scientific facts and data that Aledia committed security fraud. Once I lost an internal platform after my termination from Aledia, once Aledia's Board of Directors ignored all of my complains and essential issues I informed them about even after my termination, it was my duty to report Aledia's fraudulent activities to the US SEC on 11/22/21. My contract

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
11/19/2021

B.  The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 12/20/2021.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**E.**              **The facts of my case are as follows**

-Aledia discriminates against me as a US foreign worker as during the 11+ years of Aledia's history, no one from French's employees were terminated there. French employees are very well protected by French employment law. I'm Ukrainian native, and US citizen, I'm living permanently in US since 1995

-It was clearly an age related discrimination, I was 66 at the time of termination of my contract, but major factors were - me being US worker and in retaliation

-My contract was terminated in retaliation for the matter that I exposed Aledia's fraudulent actions

-I know with the highest degree of certainty based on the scientific facts and data that Aledia committed security fraud. I was very outspoken about it while employed by Aledia. Once I lost an internal platform after my termination from Aledia, once Aledia's Board of Directors ignored all of my complains and essential issues I informed them about, even after my termination, it was my duty to report Aledia's fraudulent activities to the US SEC on 11/22/21. 'm absolutely certain that Aledia is the Theranos on a European scale, and Giorgio Anania will be responsible for hoodwinking the investors out of hundred of millions of $ - $175M to be precise

-My contract was terminated in retaliation for not going along with their illicit and false statements, for me being very outspoken, critical, and direct, calling Aledia's managements actions a security fraud

-I was never disciplined in any way or had any negative performance review, moreover I was offered a performance bonus almost simultaneously with my termination

-My contract was terminated in order to remove me as the sole and true inventor of the revolutionary technology, so Aledia could wrongfully and illegally claim it as their own, without crediting me in any capacity. I made a major contribution in Aledia's main technology, which is the foundation for the entire business strategy and a tool they're utilizing to target the $120 billion market. It was solely, fully, and completely my own ideas, my proposals on 04/14/2016, and my original implementation. NO ONE from Aledia's management ever openly denied that it was indeed my Intellectual Property, my ideas, but behind the scene they did everything to push me out

-I was a subject of workplace harassment and discrimination starting from the time I uncover a wrong methods Aledia was using and offered my clear opinion on that wrong approach and demonstrated results which proved my scientific conclusion; I was denied access to the files and databases of the projects that I was working on; I was excluded from meetings, my patent application were on hold or denied or modified to the level beyond recognition of my original ideas, it was all done under direction of my direct report and Aledia's CTO Philippe Gilet and with CEO Giorgio Anania knowledge; it started in December 2015, peaked in March 2019, and in September 2019 he apologized and asked for a full reset, and last occurrence was on September 27 through November 2020. It was a trap for me—I disclosed my best ideas to Aledia, and once they start seeing the value in my ideas, the CTO with the CEO approval started pushing me away. They created a hostile work environment in order to punish, humiliate, and demolish me as a scientist and a person, and cause me enormous emotional distress

-CEO Giorgio Anania not just ignored science and my scientific concerns, he was actively participating in destroying me as a Chief Scientist in order to cover up his fraudulent activities as Aledia's CEO

-In addition, I was working with absolutely no benefits for my entire tenure at Aledia; the total minimum estimated from 2015 - 2020 only for missing benefits is $534,350.00

-I did not accept Aledia's separation agreement, and informed them that I will take a legal actions

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>556-2021-00683 |
|---|---|---|

**FLORIDA COMMISSION ON HUMAN RELATIONS** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>DR. OLGA KRYLIOUK | Home Phone<br>408-507-2134 | Year of Birth<br>1955 |
|---|---|---|
| Street Address<br>8377 SUMNER AVE, | City, State and ZIP Code<br>FORT MYERS,FL 33908 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>ALEDIA INC | No. Employees, Members<br>15 - 100 | Phone No.<br>(042) 870-7310 |
|---|---|---|
| Street Address<br>C/O MADAME GAMBADE, 495 N. WHISMAN RD, SUITE 100, | City, State and ZIP Code<br>MOUNTAIN VIEW, CA 94304 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN<br>☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest: 02-16-2021  Latest: 02-16-2021<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for the above employer as a Chief Scientist (Epi) at Aledia Inc. from 11/14/14 until 2/28/21. I am PhD educated scientist with 40+ years of professional experience, and 26 of them exclusively in III-Nitrides, and nanostructure material, I made a major contribution in Aledias main technology, which is the foundation for the entire business strategy and a tool theyre utilizing to target the $120 billion market. It was solely, fully, and completely my own ideas, my proposals, and my original implementation. At the same time I was very critical of a completely wrongful approach that the CTO was using for Aledias mainstream project. Moreover, I proposed an effective and feasible alternative approach, and demonstrated results to prove its validity back in 2015. It was rejected. But it became very obvious now that I was 100% right. I never compromise my values. I called this activity being totally fraudulent as it is a pure case of a security fraud committed by Aledias top level management which costs investors hundreds millions $. My contract was terminated in order to remove me as the true inventor of this revolutionary technology, so Aledia could wrongfully and illegally claim it as their own, without crediting me in any capacity. My

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Olga Kryliouk on 11-19-2021 09:22 AM EST** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>**556-2021-00683** |
|---|---|---|

**FLORIDA COMMISSION ON HUMAN RELATIONS** and EEOC
*State or local Agency, if any*

contract was terminated in retaliation for the matter that I exposed Aledias fraudulent actions. I was never disciplined in any way or had any negative performance review, moreover I was offered a performance bonus almost simultaneously with my termination. Aledia discriminates against me as a US foreign worker as during the 11+ years of Aledias history, no one was terminated there. Im US citizen, Im living permanently in US since 1995. I experienced extensive workplace harassment from my direct report CTO Philippe Gilet: I was denied access to the files and databases of the projects that I was working on, I was intentionally excluded from meetings, he was personally telling people not to work with me, he was spreading malicious rumors that threaten my work contributions and professional reputation, he was intentionally and constantly pushing me out once he saw my good accomplishments and great results. It was a trap for me! disclosed my best ideas to Aledia, and once they start seeing the value in my ideas, the CTO started pushing me away. He created a hostile work environment in order to punish, humiliate, and demolish me as a scientist and a person, and cause me enormous emotional distress. As a Chief Scientist I was sidelined, disempowered, and a true science was marginalized. In addition, I was working with absolutely zero benefits for my entire tenure at Aledia. I know with the highest degree of certainty based on the scientific facts and data that Aledia committed security fraud. I know that Aledia is the Therenos on the European scale, but with the US investors $. I do believe it is my duty to report Aledias fraudulent conduct to the U.S.Security and Exchange Commission, and Im intending to file a report.

I believe I have been discharged after reporting fraudulent activity and due to my national origin (Ukranian), U.S. Citizen status and age (66), in violation of Title VII of the Civil Rights Act of 1964, as amended and the Age Discrimination in Employment Act of 1967, as amended (ADEA).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Olga Kryliouk on 11-19-2021 09:22 AM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

## V. Relief

- I made a major contribution in Aledia's main technology, which is the foundation for the entire business strategy and a tool they're utilizing to target the $120 billion market. It was solely, fully, and completely my own ideas, my proposals, and my original implementation, CEO Giorgio Anania (or anyone at Aledia in general) never questioned or disputed that it was indeed my original ideas, my proposals, my implementations, my results and data. Without my contribution Aledia would be totally out of business as their original Platform 1 is complete and total obsolete, no one knew back in April 2016 how to approach Native colors and Micro LEDs in general

    - I am entitle to at least a tiny fraction of that **$120 billion** business created based on my IP, my results and data, and I'm requesting a compensation - **$1,200,000.00**

- I was a subject of workplace harassment and discrimination. Under CEO's Giorgio Anania leadership a hostile work environment was created in order to punish, humiliate, and demolish me as a scientist and a person, and cause me enormous emotional distress. CEO Giorgio Anania not just ignored science and my scientific concerns, he was actively participating in destroying me as a Chief Scientist in order to cover up his fraudulent activities as Aledia's CEO.
CEO Giorgio Anania terminated my employment in retaliation or the matter that I exposed his (on behalf of Aledia) fraudulent actions
-I was a very easy target being a US employee, not protected by the French law, and being 66 years old

    - No one could measure and put a tag price for human pain and suffering, but I'm requesting a compensation - **$1,000,000.00**

-In addition, I was working with absolutely no benefits for my entire tenure at Aledia;

    -The total minimum estimated from 2015 - 2020 only for missing benefits only is $534,350.00, I'm requesting compensation - **$534,350.00**


**Total damage claimed for the acts alleged and committed by Aledia's CEO Giorgio Anania and my employer Aledia Inc - $2,734,000.00**

I made a major contribution in Aledia's main technology, which is the foundation for the entire business strategy and a tool they're utilizing to target the $120 billion market. It was solely, fully, and completely my own ideas, my proposals, and my original implementation, CEO Giorgio Anania (or anyone at Aledia in general) never questioned or disputed that it was indeed my original ideas, my proposals, my implementations, my results and data. Without my contribution Aledia would be totally out of business as their original Platform 1 is complete and total obsolete, no one knew back in April 2016 how to approach Native colors and Micro LEDs in general

I am entitle to at least a tiny fraction of that $120 billion business created based on my IP, my results and data, and I'm requesting a compensation - $1,200,000.00

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/17/2022

Signature of Plaintiff

Printed Name of Plaintiff    Olga Kryliouk

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address